**IT IS ORDERED as set forth below:**



**Date: February 8, 2019**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO. 18-22183-JRS |
| | ) |
| PAMELA ANN MCCART, | ) CHAPTER 13 |
| | ) |
| Debtor. | ) |
| | ) |
| U.S. BANK TRUST, N.A., AS TRUSTEE | ) CONTESTED MATTER |
| OF THE IGLOO SERIES III TRUST, | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| PAMELA ANN MCCART, and | ) |
| NANCY J. WHALEY, Trustee, | ) |
| | ) |
| Respondents. | ) |

**CONSENT ORDER**

U.S. Bank Trust, N.A., as Trustee of the Igloo Series III Trust, c/o BSI Financial Services, its servicing agent ("Movant"), filed a Motion for Relief from Stay and for In Rem Relief on November 27, 2018 (Doc. No. 14) ("Motion"), and the

hearing on the Motion was scheduled for February 7, 2019 at 10:30 a.m. Movant and Debtor have consented to the terms herein without any opposition from the Chapter 13 Trustee, and good cause has been shown. Accordingly, it is hereby

ORDERED AND ADJUDGED as follows:

1.

Debtor shall remit the December 2018 and January 2019 post-petition payments instanter and shall remit the February 2019 through and including January 2021 post-petition payments in strict compliance with the terms of the Loan Documents.

2.

Movant shall be entitled to amend its Proof of Claim, Claim No. 3, to include $850.00 attorney's fees and $181.00 costs incurred in bringing the motion.

3.

In the event of a default on any of the payments set forth in Paragraph One above, Movant or Movant's counsel shall give written notice by first class mail to Debtor and Debtor's counsel of Debtor's default and right to cure the default within ten (10) days from Debtor's receipt of the written notice. Debtor shall be presumed to have received the written notice on the fifth (5th) calendar day following mailing of said notice by Movant or Movant's counsel provided that said notice was properly addressed and that sufficient postage was affixed thereto. Movant shall be entitled to attorney's fees of $85.00 per default notice, plus mailing costs. Upon Debtor's failure to cure within the ten-day period, Movant or Movant's counsel may file an affidavit of default and a delinquency motion, both to be served upon Debtor and Debtor's counsel, and this Court may enter an order without further notice or hearing that modifies the automatic stay as follows:

    a) The Motion is granted;
    b) The stay set forth in FBR 4001(a)(3) is waived, and Movant is relieved from the effect of the automatic stay to pursue and enforce under non-bankruptcy law any and all rights it has in and to that certain real property,

as more particularly described in the Loan Documents, commonly known as 1405 Flanagan Mill Dr., Auburn, GA 30011 ("Real Property"), including, but not limited to, advertising and conducting a foreclosure sale, seeking confirmation of the sale in order to pursue any deficiency, and seeking possession of the Real Property.  However, Movant and/or its successors and assigns may offer, provide, and enter into a potential forbearance agreement, loan modification, refinance agreement, short sale, deed in lieu of foreclosure, or any other type of loan workout/loss mitigation agreement.  Movant may contact Debtor via telephone or written correspondence to offer any such agreements; and

c) Movant shall remit any surplus funds from the foreclosure sale to the Chapter 13 Trustee.  The Chapter 13 Trustee shall cease funding Movant's pre-petition claim.  Movant is granted leave to seek allowance of a deficiency claim, if appropriate, but Debtor and the Chapter 13 Trustee shall be entitled to object to said deficiency claim.

[END OF DOCUMENT]

PREPARED BY AND CONSENTED TO:
Attorney for Movant

_____/s/_____
Marc E. Ripps
Georgia Bar No. 606515

P.O. Box 923533
Norcross, Georgia 30010-3533
(770) 448-5377
Email:  meratl@aol.com

CONSENTED TO:
Attorney for Debtor

_____/s/_____
Lorena Lee Saedi		(By Marc E. Ripps, Esq. with express permission)
Georgia Bar No. 414022

Saedi Law Group, LLC
Suite 103
3006 Clairmont Road
Atlanta, GA 30329
(404) 889-8663
Email:  Lsaedi@SaediLawGroup.com

NO OPPOSITION:
Chapter 13 Trustee

_____/s/_____
Eric W. Roach		(By Marc E. Ripps, Esq. with express permission)
Georgia Bar No. 143194
Attorney for the Chapter 13 Trustee

Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303
(678) 992-1201
Email:  eroach@njwtrustee.com

## DISTRIBUTION LIST ON CONSENT ORDER

Pursuant to LR 9013-3(c) NDGa., the Consent Order shall be served upon the following parties in interest:

Marc E. Ripps, Esq.
P.O. Box 923533
Norcross, Georgia 30010-3533

Nancy J. Whaley, Esq.
Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Lorena Lee Saedi, Esq.
Saedi Law Group, LLC
Suite 103
3006 Clairmont Road
Atlanta, GA 30329

Pamela Ann McCart
1405 Flanagan Mill Dr.
Auburn, GA 30011