**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Pamela Ann McCart |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number | 18-22183-JRS |

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

---

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:** U.S. Bank Trust, N.A., as Trustee of the Igloo Series III Trust

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account:   0   6   3   4

**Property address:**   1405 Flanagan Mill Dr.
Number        Street

Auburn, GA 30011
City                    State      ZIP Code

---

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:       $ _____

---

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  ___/___/_____
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a. Total postpetition ongoing payments due: | (a) | $ 5,220.47 |
| b. Total fees, charges, expenses, escrow, and costs outstanding: $2,615.50 Escrow + $86.10 Fees & Costs | + (b) | $ 2,701.60 |
| c. **Total**. Add lines a and b.     -559.65 suspense | (c) | $ 7,362.42 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:       06/01/2020
MM / DD / YYYY

---

| Debtor 1 | Pamela Ann McCart | | | Case number *(if known)* | 18-22183-JRS |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:    Sign Here

The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | | |
|---|---|---|
| **✗** _Signature_ | Date | 10 / 13 / 2020 |

| Print | Raymond | Valderrama | Title | Assistant Vice President |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

| Company | BSI Financial Services |
|---|---|

If different from the notice address listed on the proof of claim to which this response applies:

| Address | 7505 Irvine Center Drive, Suite 200 |
|---|---|
| | Number            Street |

| | Irvine | CA | 92618 |
|---|---|---|---|
| | City | State | ZIP Code |

| Contact phone | ( 866 ) 581 _4513 | Email _____ |
|---|---|---|

| | |
|---|---|
| 6/1/2020 | $1,053.87 |
| 7/1/2020 | $1,041.65 |
| 8/1/2020 | $1,041.65 |
| 9/1/2020 | $1,041.65 |
| 10/1/2020 | $1,041.65 |
| Suspense | -$559.65 |

$2,615.50 Escrow

$86.10 Fees & Costs



### Payment Changes

| Date | P&I | Escrow | Total | Notice Filed |
|------|-----|--------|-------|--------------|
| 3/1/2020 | $629.19 | $424.68 | $1,053.87 | Per Loan Mod |
| 7/1/2020 | $629.19 | $412.46 | $1,041.65 | Per System |
| | | $0.00 | | NOPC |
| | | $0.00 | | NOPC |
| | | $0.00 | | |
| | | $0.00 | | |

### Loan Information

| Loan # | |
|--------|--|
| Borrower | McCart |
| BK Case # | 18-22183 |
| Date Filed | 11/5/2018 |
| First Post Petition Due Date | |
| POC Covers | Loan Mod entered 3/1/20 |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|------|-------------|-------------------|----------------------|---------|------------|-----------------|----------------|------------------|--------------------|-----------|----------------------|------------------|----------|
| | | APO entered 2/8/19 covering 12/1/18-1/1/19 plus attorney fees IAO $1031.00. Payments due ASAP for 12/1/18 and 1/1/19 payments. Attorney's fees added to Plan. Regular resume 2/1/19. | | | $0.00 | | | $769.27 | | | $0.00 | $0.00 | |
| 2/18/2020 | $203.78 | Trustee Payment | | | $203.78 | $203.78 | | $973.05 | $203.78 | | $203.78 | $203.78 | |
| 2/27/2020 | $968.72 | 3/1/2020 | | | -$85.15 | | $85.15 | $887.90 | | | $203.78 | $203.78 | |
| 3/19/2020 | $203.77 | Trustee Payment | 3/1/2020 | $1,053.87 | $203.77 | $203.77 | | $1,091.67 | $203.77 | | $407.55 | $407.55 | |
| 3/31/2020 | $968.72 | | | | $968.72 | $968.72 | | $2,060.39 | | | $407.55 | $407.55 | |
| 4/7/2020 | | NSF REVERSAL | | | $0.00 | | $968.72 | $1,091.67 | | | $407.55 | $407.55 | |
| 4/10/2020 | $203.78 | Trustee Payment | | | $203.78 | $203.78 | | $1,295.45 | $203.78 | | $611.33 | $611.33 | |
| 5/15/2020 | $203.77 | Trustee Payment | | | $203.77 | $203.77 | | $1,499.22 | $203.77 | | $815.10 | $815.10 | |
| 5/26/2020 | $968.72 | 4/1/2020 | 4/1/2020 | $1,053.87 | -$85.15 | | $85.15 | $1,414.07 | | | $815.10 | $815.10 | |
| 6/16/2020 | $199.45 | Trustee Payment | | | $199.45 | $199.45 | | $1,613.52 | $199.45 | | $1,014.55 | $1,014.55 | |
| 6/16/2020 | | 5/1/2020 | 5/1/2020 | $1,053.87 | -$1,053.87 | | $1,053.87 | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |
| | | | | | $0.00 | | | $559.65 | | | $1,014.55 | $1,014.55 | |

**CERTIFICATE OF SERVICE**

This is to certify that I served the parties listed below with a copy of the foregoing by, unless otherwise noted, depositing a true and correct copy of each with the United States Postal Service with sufficient postage affixed thereto to insure first class delivery:

Nancy J. Whaley, Esq.
Standing Chapter 13 Trustee
Via Electronic Notice

Lorena Lee Saedi, Esq.
Attorney for Debtor
Via Electronic Notice

Pamela Ann McCart
1405 Flanagan Mill Dr.
Auburn, GA 30011

This 14th day of October, 2020.

_____/s/_____
Marc E. Ripps
Georgia Bar No. 606515

P. O. Box 923533
Norcross, GA  30010-3533
(770) 448-5377
Email: meratl@aol.com